IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN D. GARLAND,** | ) | Civil Action No. 7:12-cv-00031 |
|     Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By:   Hon. Michael F. Urbanski |
| **COMMONWEALTH OF VIRGINIA,** | ) | United States District Judge |
|     Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies; a certificate of appealability is **DENIED**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered:  January 28, 2012

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge